Hon. Magistrate Robert Levy
Page No. 2
July 7, 2005

Thank you for your kind consideration of the foregoing.

Very truly yours,

Bonnie B. Berger
rk

cc:  Nancy A. Miller, Assistant U.S. Attorney
     Richard E. Rubin, Esq., Aaronson, Rappaport
     Feinstein & Deutsch, L.L.P.
     Ridget E. Farrell, Assistant Attorney General
     Joseph David LaCava, Esq., Garson, Gerspach,
     Decorato & Cohen, L.L.P.

**PLAINTIFFS ARE HEREBY GRANTED LEAVE TO SERVE AND FILE
THEIR SUMMONS NUNC PRO TUNC.**

SO ORDERED:

7/11/05 _____ Robert Levy
                                    USMJ

UNITED STATES DISTRICT COURT                            B. BERGER-9563
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------X

KARYN ACCIARELLO, individually and as mother and
natural guardian of HANNAH ACCIARELLO, an infant,

                              Plaintiffs,                   SUMMONS IN A CIVIL
                                                       ACTION

    -against-

                                                  Case Number CV 05 745

UNITED STATES OF AMERICA, LUTHERAN
MEDICAL CENTER, TIA MORRIS, M.D. and
NAGARAJ GABBUR, M.D.,

                              Defendants.
-----------------------------------------------------------------------------------X

TO:
        UNITED STATES OF AMERICA-U.S. Dept. of Justice, 950 Pennsylvania Ave. NW
                               Washington, DC 20530-0001
        LUTHERAN MEDICAL CENTER-150 55 Street, Brooklyn, NY 11220
        TIA MORRIS, M.D.-450 Clarkson Avenue, Brooklyn, NY 11203
        NAGARAJ GABBUR, M.D.,-450 Clarkson Avenue, Brooklyn, NY 11203

        YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS'
ATTORNEYS

        PETERS BERGER KOSHEL & GOLDBERG, P.C.
        26 Court Street
        Brooklyn, NY 11242

An answer to the complaint which is served on you with this summons, within 20 days after
service of this summons on your, exclusive of the date of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint. Any answer that
you serve on the parties to this action must be filed with the Clerk of this Court within a
reasonable period of time after service.

\_ROBERT C. HEINEMANN\_\_\_July 6, 2005_____    JUL 0 6 2005
CLERK                         DATE